1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MARIA RAMOS FUENTES,          )   CASE NO. CV 08-2604 SS
                                    )
12                Plaintiff,        )        JUDGMENT
                                    )
13           v.                     )
                                    )
14   MICHAEL J. ASTRUE,             )
     Commissioner of the Social     )
15   Security Administration,       )
                                    )
16                Defendant.        )
     _____)
17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19   and  REMANDED  for  further  administrative  proceedings,  pursuant  to

20   sentence four of 42 U.S.C. § 405(g).

21

22   DATED: March 26, 2009.                      /S/

23                                   _____

24                                   SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE

25

26

27

28